**Order filed August 1, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00433-CV
_____

**ROBERT STEVENSON, Appellant**

**V.**

**WASTE MANAGEMENT OF TEXAS, INC. AND RIGOBERTO ZELAYA,**
**Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-60538**

---

## O R D E R

The clerk's record was filed July 27, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain volume 2 of the clerk's record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 21, 2017, containing volume 2 of the clerk's record.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM